UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-62431-CIV-MORENO

KANESHA WITHERSPOON,

       Plaintiff,

vs.

PROFESSIONAL WELLNESS SOLUTIONS,
LLC, d/b/a Resolve USA,

       Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. On January 6, 2017, the Court issued an Order to Show Cause why the complaint in this case was not served in compliance with Federal Rule of Civil Procedure 4(m). As of the date of this Order, a return of service has not been docketed. It appears that Plaintiff filed the complaint on October 13, 2016, and service of the summons and complaint has not been executed as of the date of this Order. Therefore, it is

**ADJUDGED** that this case is DISMISSED without prejudice for failure to serve the complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of January, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record